HUMAN SERVICES. C. A. 4th Cir. Certiorari before judgment denied.

No. 10–9690. SILVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9754. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9767. HOFFENBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9784. SESSOMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–901. SEGER-THOMSCHITZ v. MUSEUM OF FINE ARTS, BOSTON, 562 U. S. 1271;

No. 10–5746. FRANKLIN v. TENNESSEE, 562 U. S. 1272;

No. 10–6059. RILEY v. UNION PARISH SCHOOL BOARD ET AL., 562 U. S. 1222;

No. 10–7397. SCURLOCK-FERGUSON v. CITY OF DURHAM, NORTH CAROLINA, 562 U. S. 1273;

No. 10–7871. PARTOVI v. HOLDER, ATTORNEY GENERAL, ET AL., 562 U. S. 1228;

No. 10–8027. TOWNSEND v. CALDERONE ET AL., 562 U. S. 1232;

No. 10–8182. MCGLONE v. AUSTIN, 562 U. S. 1274;

No. 10–8197. MATTOX v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1238;

No. 10–8352. SOUCY v. BARNHART, WARDEN, 562 U. S. 1243;

No. 10–8406. HODGE ET UX. v. CALVERT COUNTY, MARYLAND, ET AL., 562 U. S. 1244;

No. 10–8416. DOUGLAS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 562 U. S. 1245;

No. 10–8452. RAFI v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, 562 U. S. 1260;

No. 10–8536.   Ellis *v.* Eighth Judicial District Court of Nevada, Clark County, et al., 562 U. S. 1294;

No. 10–8582.   Barrino *v.* Department of the Treasury et al., 562 U. S. 1294;

No. 10–8855.   Polk *v.* Beeler, Warden, et al., 562 U. S. 1297; and

No. 10–8947.   In re Nesbitt, 562 U. S. 1269.   Petitions for rehearing denied.

May 2, 2011

No. 09–1521.   United States *v.* Eastern Shawnee Tribe of Oklahoma.   C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Tohono O'odham Nation, ante,* p. 307.   Justice Kagan took no part in the consideration or decision of this petition.

No. 10–315.   Sonic Automotive, Inc., dba Century BMW *v.* Watts et al.   Sup. Ct. S. C.

No. 10–398.   Cellco Partnership, dba Verizon Wireless *v.* Litman et al.   C. A. 3d Cir.

No. 10–551.   Litman et al. *v.* Cellco Partnership, dba Verizon Wireless.   C. A. 3d Cir.

No. 10–1027.   Missouri Title Loans, Inc. *v.* Brewer.   Sup. Ct. Mo.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *AT&T Mobility LLC* v. *Concepcion, ante,* p. 333.